# Taller & Wizman, P.C.
### Attorneys at Law

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 26 2005 ★

BROOKLYN OFFICE

THE LEFRAK BUILDING
97-77 QUEENS BOULEVARD
SUITE 1100
REGO PARK, NY 11374

September 19, 2005

Judge Pollack
United States District Court, Eastern District Of New York
225 Cadaman Plaza East
Brooklyn, NY 11201

Re:  Komarov v. CPS Services, Inc., et al.,
Index No:   CV 05 3589 (jg)
Our File 5M010

Dear Judge Pollack:

The above-mentioned case is scheduled for a court conference tomorrow afternoon. The partner handling the matter has just underwent open heart surgery and will not be able to attend the conference. We ask for the court's understanding and request an adjournment of this conference to a mutually convenient date.

We have notified defense counsel of this dilemma and have received their consent to adjourn this matter.

We apologize for any inconvenience this may have caused. If you have any questions or concerns, do not hesitate to contact me.

*Conference adjourned to October 19, 2005 at 10:00 am. So Ordered*
*s/Cheryl Pollak*
*USMJ*
*9/19/05*

Respectfully submitted,

TALLER & WIZMAN, P.C.

Leslie A. Eyma, Jr., Esq.

TELEPHONE : (718) 896-2000    •    TELECOPIER: (718) 896-2850